Michael G. Woods, # 58683
Christina C. Tillman, # 258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>             Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., ROSS DRESS FOR LESS, INC.; JEAN LEE, ROGER CHANG AND NELSON CHANG TRUSTEES, OF THE JEAN LEE 1993 TRUST; ECLIPSE PROPERTY MANAGEMENT, INC., SAWHNEY PROPERTIES, L.P.,<br><br>             Defendants. | Case No.:  1:10-CV-01992-AWI-SKO<br><br>**STIPULATION TO ALLOW EXTENSION OF TIME TO FILE ANSWER AND ORDER THEREON** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION TO ALLOW EXTENSION OF TIME TO FILE ANSWER AND PROPOSED ORDER THEREON
1:10-CV-01992-AWI-SKO

1   IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff JOHN MORALES and Defendant DOLLAR TREE STORE, INC., by and through their respective counsel, that Defendant DOLLAR TREE STORE, INC., shall have an additional twenty-one (21) days to file a responsive pleading to Plaintiff's First Amended Complaint, to afford the parties time to negotiate settlement of this matter.  The Answer of Defendant DOLLAR TREE STORE, INC. shall be due on or before December 20, 2010.

Dated: November 11, 2010                                     MOORE LAW FIRM, P.C.


By:            /s/ Tanya Levinson

Tanya Levinson
Attorneys for Plaintiff RONALD MOORE


Dated: November 11, 2010                                     McCORMICK, BARSTOW, SHEPPARD,
                                                                                       WAYTE & CARRUTH LLP


By:            /s/  Christina C. Tillman

Michael G. Woods
Christina C. Tillman
Attorneys for Defendant
DOLLAR TREE STORE, INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION TO ALLOW EXTENSION OF TIME TO FILE ANSWER AND PROPOSED ORDER
THEREON 1:10-CV-01992-AWI-SKO

1

**ORDER**

2  IT IS HEREBY ORDERED that Defendant DOLLAR TREE STORE, INC., be granted a

3 twenty-one (21) day extension to Answer to Plaintiff's Complaint.  Accordingly, Defendant

4 DOLLAR TREE STORE, INC. shall file an Answer on or before December 20, 2010.

5

6

7

8 IT IS SO ORDERED.

9  Dated:   **November 15, 2010**                    **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

STIPULATION TO ALLOW EXTENSION OF TIME TO FILE ANSWER AND PROPOSED ORDER
THEREON 1:10-CV-01992-AWI-SKO