# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN MORALES, | CASE NO. 1:10-cv-01992-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PARTIES' STIPULATION REGARDING AN EXTENSION OF TIME** |
| v. | |
| DOLLAR TREE STORES, INC., et al., | |
| Defendants. | (Docket No. 20) |

On December 20, 2010, Defendant Sawhney Properties, L.P. ("Defendant") filed a stipulated request for an extension of time to respond to the complaint. This is the second request for an extension of time filed by Defendant.

Defendant was served with the complaint on October 28, 2010. (Doc. 7.) A response to the complaint was due on November 18, 2010, but no response was filed. On December 8, 2010, Defendant filed a stipulation requesting until December 31, 2010, to file a response to the complaint. (Doc. 15.) This request was untimely. On December 20, 2010, Defendant filed another stipulated request to extend its time to respond to the complaint until January 12, 2011. (Doc. 20.)

Local Rule ("L.R.") 144(d) provides the following:

> Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.

The parties are reminded that stipulated requests, except **timely** stipulations submitted in accordance with L.R. 144(a), should be accompanied by a proposed order.  L.R. 143(b).

Accordingly, IT IS HEREBY ORDERED THAT:

1. The parties' stipulated request that Defendant be allowed an extension of time until January 12, 2011, to respond to the complaint is GRANTED; and

2. Any further stipulated request will not be considered unless it is accompanied by a proposed order as required by L.R. 143(b) and submitted via email to skoorders@caed.uscourts.gov in either Word or WordPerfect format.

IT IS SO ORDERED.

**Dated:   December 23, 2010**                         **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE