Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES,<br><br>        Plaintiff,<br><br>   vs.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>        Defendants. | No.  1:10-CV-01992-AWI-SKO<br><br>**REQUEST FOR DISMISSAL OF DOLLAR TREE STORES ONLY; ORDER** |

   WHEREAS, Defendant Dollar Tree Stores, Inc. has not filed a responsive pleading in this action;

   WHEREAS, Defendant Dollar Tree Stores, Inc. and Plaintiff have settled the matter as to Defendant Dollar Tree Stores, Inc.;

   WHEREAS, no counterclaim has been filed in this action;

   Plaintiff hereby respectfully requests that Defendant Dollar Tree Stores, Inc. be dismissed with prejudice from this action pursuant to Federal Rules of Civil Procedure 41(a)(2).

///

///

1

2  Date: January 7, 2011                              MOORE LAW FIRM, P.C.

3

4

                                                /s/Tanya Moore
5                                                 Tanya Moore
6                                                 Attorney for Plaintiff

7

8                                       **ORDER**

9     Good cause appearing,

10       IT IS HEREBY ORDERED that <u>ONLY</u> Dollar Tree Stores, Inc. be dismissed with

11 prejudice from this action.

12
IT IS SO ORDERED.
13

14  Dated:   January 7, 2011

15                                           CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Dollar Tree Stores, Inc., et al.*

Request for Dismissal