1   DANIEL J. CRAVENS, Bar No. 207859
    RYAN L. EDDINGS, Bar No. 256519
2   LITTLER MENDELSON
    A Professional Corporation
3   5200 North Palm Avenue
    Suite 302
4   Fresno, CA  93704.2225
    Telephone:     559.244.7500
5
    Attorneys for Defendant
6   ROSS DRESS FOR LESS, INC.

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10  JOHN MORALES,                          Case No.  1:10-CV-01992 AWI SKO

11            Plaintiff,                    **JOINT STIPULATION AND ORDER TO
                                            CONTINUE MANDATORY SCHEDULING
12       v.                                 CONFERENCE AND FILING OF JOINT
                                            SCHEDULING REPORT**
13  DOLLAR TREE STORES, INC.,
    ROSS DRESS FOR LESS, INC.;
14  JEAN LEE, ROGER CHANG AND
    NELSON CHANG TRUSTEES OF                Magistrate Judge:   Shelia K. Oberto
15  THE JEAN LEE 1993 TRUST;               Courtroom:           8
    ECLIPSE PROPERTY                        Complaint Filed:    October 22, 2010
16  MANAGEMENT, INC.,
    SAWHNEY PROPERTIES, L.P.,
17
              Defendants.
18

19

20                                **STIPULATION**

21            **WHEREAS,** on October 22, 2010, Plaintiff John Morales filed a Complaint against

22  Defendant Ross Dress for Less, Inc.

23            **WHEREAS,** on October 25, 2010, the Court issued an Order Setting the Mandatory

24  Scheduling Conference.

25            **WHEREAS,** no trial date has yet been assigned;

26            **WHEREAS,** the Court's Order Setting Scheduling Conference provided as follows:

27            1.      The Scheduling Conference is set for January 27, 2011;

28            2.      The Parties shall meet and confer to develop a Joint Scheduling Report,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

(NO.  1:10-CV-01992 AWI SKO)                  JOINT STIPULATION AND [PROPOSED] ORDER TO
                                              CONTINUE MANDATORY SCHEDULING CONFERENCE
                                              AND FILING OF JOINT SCHEDULING REPORT

1         discovery plan and to discuss possible settlement at least twenty (20) days

2         before the Scheduling Conference;

3         3.     The Parties shall file a Joint Scheduling Report not later than seven (7) days

4         prior to the Mandatory Scheduling Conference;

5       **WHEREAS,** the Plaintiff and Defendant Ross Dress for Less, Inc. have made

6 substantial progress toward settling this matter and anticipate a final resolution of the dispute within

7 the next four weeks;

8       **WHEREAS,** the Parties jointly request that the above-stated dates be continued so

9 that the Parties can focus their efforts and resources on settlement of the instant dispute.

10       **THEREFORE,** subject to the approval of this Court, it is hereby stipulated and

11 agreed, by and between the Parties hereto, through their respective counsel, that:

12         1.     The Scheduling Conference shall be continued to a date convenient for this

13         Court after February 23, 2011;

14         2.     The Parties shall meet and confer and develop a Joint Scheduling Report,

15         discovery plan and to discuss possible settlement at least twenty (20) days

16         before the Scheduling Conference; and

17         3.     The Parties shall file a Joint Scheduling Report not later than seven (7) days

18         before the rescheduled Scheduling Conference.

19 **IT IS SO STIPULATED**

20

21 Dated: January 20, 2011        /s/ Tanya L. Moore
TANYA LEVINSON MOORE,

22         Moore Law Firm, P.C.
Attorneys for Plaintiff

23         JOHN MORALES

24 Dated: January 20, 2011        /s/ Daniel J. Cravens
DANIEL J. CRAVENS

25         LITTLER MENDELSON
A Professional Corporation

26         Attorneys for Defendant
ROSS DRESS FOR LESS, INC.

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

(NO.  1:10-CV-01992 AWI SKO)    2.    JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE MANDATORY SCHEDULING CONFERENCE
AND FILING OF JOINT SCHEDULING REPORT

1  **PURSUANT TO STIPULATION, AND GOOD CAUSE HAVING BEEN SHOWN:**

2          1.      The Mandatory Scheduling Conference and associated dates, as set in the

3  Court's October 25, 2010 Order Setting Mandatory Scheduling Conference, are vacated.

4          2.      The Scheduling Conference shall be continued to March 15, 2011, at 9:15

5  a.m.

6          3.      The Parties shall meet and confer and develop a Joint Scheduling Report,

7  discovery plan and to discuss possible settlement at least twenty (20) days before the Scheduling

8  Conference.

9          4.      The Parties shall file a Joint Scheduling Report not later than seven (7) days

10  before the rescheduled Scheduling Conference date.

11

12  IT IS SO ORDERED.

13      Dated:   **January 20, 2011**                    **/s/ Sheila K. Oberto**

14                                             UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

(NO.  1:10-CV-01992 AWI SKO)        3.        JOINT STIPULATION AND [PROPOSED] ORDER TO
                                              CONTINUE MANDATORY SCHEDULING CONFERENCE
                                              AND FILING OF JOINT SCHEDULING REPORT