1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA 95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   JOHN MORALES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOHN MORALES, | ) No. 1:10-CV-01992-AWI-SKO |
|---|---|
| Plaintiff, | ) **NOTICE OF DISMISSAL OF SAWHNEY PROPERTIES, L.P., JEAN LEE, ROGER CHANG AND NELSON CHANG, TRUSTEES OF THE JEAN LEE 1993 TRUST; and ECLIPSE PROPERTY MANAGEMENT, INC.; ORDER** |
| vs. | |
| DOLLAR TREE STORES, INC., et al., | |
| Defendants. | |

WHEREAS, Defendants Sawhney Properties, L.P.; Jean Lee, Roger Chang and Nelson Chang, Trustees of the Jean Lee 1993 Trust; and Eclipse Property Management ("Defendants") have not appeared in this action;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(a)(i) as against the above-named Defendants <u>only</u>.

Date: February 7, 2011            MOORE LAW FIRM, P.C.

/s/Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff

*Morales v. Dollar Tree Stores, Inc., et al.*
Request for Dismissal

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that <u>only</u> defendants <u>Sawhney Properties, L.P.</u>; <u>Jean Lee, Roger Chang and Nelson Chang, Trustees of the Jean Lee 1993 Trust</u>; and <u>Eclipse Property Management</u> be dismissed with prejudice from this action.

IT IS SO ORDERED.

Dated:   February 7, 2011                                    _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE