1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   John Morales
6

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JOHN MORALES, | ) No. 1:10-CV-01992-AWI-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| DOLLAR TREE STORES, INC., et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff John Morales and Defendant Ross Dress for Less, Inc., the remaining parties to this action, by and through their respective counsel, that pursuant to Federal Rule Civil of Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: July 13, 2011                                    MOORE LAW FIRM, P.C.


                                                       /s/Tanya E. Moore
                                                       Tanya E. Moore
                                                       Attorney for Plaintiff John Morales


///

*Morales v. Dollar Tree Stores, Inc., et al.*
Stipulation for Dismissal; Order

Page 1

| | |
|---|---|
| Date: July 13, 2011 | LITTLER MENDELSON |
| | /s/ Daniel J. Cravens<br>Daniel J. Cravens, Attorneys for<br>Defendant Ross Dress for Less, Inc. |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  July 13, 2011                                   _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE

*Morales v. Dollar Tree Stores, Inc., et al.*
Stipulation for Dismissal; Order